IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-cr-00183-1 |
| v. | ) ) ) | Judge Nixon |
| MONICO SANDERS | ) | |

## ORDER

Pending before the Court are Defendant Monico Sanders's two nearly identical Motions to Request Counsel ("Motions"), in which Mr. Sanders requests the Court appoint an attorney to challenge his sentence pursuant to *Rosemond v. United States*, 134 S. Ct. 1240 (2014). (Doc. Nos. 36, 37.)

On June 27, 2013, Mr. Sanders pleaded guilty to a charge of using, carrying, brandishing, and discharging a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). (Doc. No. 27.) In *Rosemond*, the Court addressed the intent required to aid and abet an offense under 18 U.S.C. § 924(c). 134 S. Ct. at 1245. Mr. Sanders did not plead guilty to aiding and abetting an offense, however, but to committing it. Therefore the Supreme Court's holding in *Rosemond* is inapplicable here.

Accordingly, the Court **DENIES** Mr. Sanders's Motions (Doc. Nos. 36, 37).

It is so ORDERED.

Entered this the ___24___ day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT